IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORPORATION,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**THE NEW YORK TIMES COMPANY,**<br><br>　　　　　　　Defendant. | **Civil Action No.: 1:12-cv-01408-SLR** |

## STIPULATION OF DISMISSAL

Plaintiff, Internet Media Interactive Corporation ("Internet Media"), and Defendant, The New York Times Company ("NYT"), stipulate to the dismissal with prejudice of all claims by Internet Media against the NYT, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with all attorneys' fees, costs, and expenses to be borne by the party incurring same.

Dated: February 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (DE Bar No. 1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Phone:  (302) 658-9200
jblumenfeld@mnat.com

Steven Lieberman
Sharon L. Davis
Brian S. Rosenbloom
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 Orange Street,
7th floor, Suite 7114
Wilmington, DE 19801
Phone: (302) 478-4230
GP@del-iplaw.com

Timothy J. Haller
Oliver D. Yang
Ashley E. LaValley
NIRO, HALLER & NIRO
181 W. Madison St., St. 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

- 2 -

| | |
|---|---|
| Washington, D.C. 20005<br>Phone:  (202) 783-6040 | ***Attorneys for Plaintiff,***<br>***Internet Media Interactive Corporation*** |

***Attorneys for The New York Times Company***